# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

In Re: MBF Inspection Services, Inc.,　　　Bankruptcy Case No. 18-11579-t11
　　　　　　　Debtor.

Thomas Ganci, Larry Alexander,
Glynn Estess, Gary Brooks,
Richard Gill, and Gary Marshall

　　　　　Creditors / Appellants,　　　　　　　CV No. 19-61 WJ/CG

v.

　　MBF Inspection Services, Inc.,

　　　　　Debtor / Appellee.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that:

(1)　Appellants shall file a Motion to Reverse or Remand United States Bankruptcy Court with Supporting Memorandum on or before **May 23, 2019;**

(2)　Appellee shall file a Response on or before **June 24, 2019;**

(3)　Appellants may file a Reply on or before **July 8, 2019;**

(4)　All supporting memoranda filed pursuant to this Order shall cite the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)　**All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE