IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In Re: MBF Inspection Services, Inc., Debtor. | Bankruptcy Case No. 18-11579-t11 |

Thomas Ganci, Larry Alexander,
Glynn Estess, Gary Brooks,
Richard Gill, and Gary Marshall

        Creditors / Appellants,        CV No. 19-61 WJ/CG

v.

    MBF Inspection Services, Inc.,

        Debtor / Appellee.

## ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE

**THIS MATTER** is before the Court on the parties' *Joint Motion to Modify Briefing Schedule*, (Doc. 21), filed May 13, 2019. The Court, noting that the parties seek modification of the briefing schedule because of mediation efforts, finds that the Motion is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that:

1. Appellants shall file a Motion to Reverse or Remand United States Bankruptcy Court on or before **June 20, 2019**;

2. Appellee shall file a Response on or before **July 22, 2019**; and

3. Appellants may file a Reply on or before **August 5, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE