# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

In Re: MBF Inspection Services, Inc.,     Bankruptcy Case No. 18-11579-t11
            Debtor.

Thomas Ganci, Larry Alexander,
Glynn Estess, Gary Brooks,
Richard Gill, and Gary Marshall

         Creditors / Appellants,            CV No. 19-61 WJ/CG

v.

    MBF Inspection Services, Inc.,

        Debtor / Appellee.

## ORDER TO NOTIFY THE COURT OF STATUS OF SETTLEMENT

**THIS MATTER** is before the Court upon review of the record. This case was stayed at the request of the parties on June 20, 2019. (Doc. 24). In their *Joint Motion to Stay Appeal*, (Doc. 23), the parties noted that the bankruptcy case underpinning this litigation settled on May 30, 2019, and a settlement agreement was being circulated among the parties for review and approval. Over 75 days have passed since the parties settled this matter and neither party has filed closing documents or otherwise advised the Court of the delay in reaching a final disposition.

**IT IS THEREFORE ORDERED** that, on or before **August 28, 2019**, Plaintiff shall notify the Court in writing of the status of this case and provide an anticipated timeline for filing closing documents.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE