# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

In Re: MBF Inspection Services, Inc.,     Bankruptcy Case No. 18-11579-t11
                   Debtor.

Thomas Ganci, Larry Alexander,
Glynn Estess, Gary Brooks,
Richard Gill, and Gary Marshall

       Creditors / Appellants,                CV No. 19-61 WJ/CG

v.

     MBF Inspection Services, Inc.,

       Debtor / Appellee.

## ORDER TO NOTIFY THE COURT OF STATUS OF SETTLEMENT

**THIS MATTER** is before the Court upon review of the record. In their *Joint Motion to Stay Appeal*, (Doc. 23), the parties noted that the bankruptcy case underpinning this litigation settled on May 30, 2019. In the *Notice of Case Status*, (Doc. 28), Plaintiff Thomas Ganci noted the settlement involves a Rule 23 class and is subject to approval by the United States District Court for the Southern District of Ohio. Over 75 days have passed since the parties' last update and neither party has filed closing documents or otherwise advised the Court of the delay in reaching a final disposition.

**IT IS THEREFORE ORDERED** that, on or before **January 10, 2020**, Plaintiff shall notify the Court in writing of the status of this case and provide an anticipated timeline for filing closing documents.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE