**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

In Re: MBF Inspection Services, Inc.,     Bankruptcy Case No. 18-11579-t11
                 Debtor.

Thomas Ganci, Larry Alexander,
Glynn Estess, Gary Brooks,
Richard Gill, and Gary Marshall

        Creditors / Appellants,                         CV No. 19-61 WJ/CG

v.

     MBF Inspection Services, Inc.,

        Debtor / Appellee.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on the Court's *Order to Notify the Court of Status of Settlement* (the "Order"), (Doc. 29), filed November 12, 2019. In the Order, the Court instructed Plaintiff to "notify the Court in writing of the status of this case and provide an anticipated timeline for filing closing documents." (Doc. 29 at 1). Notice was due to the Court no later than January 10, 2020. *Id.* To date, notice has not been filed by Plaintiff.

**IT IS THEREFORE ORDERED** that on or before **January 21, 2020**, Plaintiff shall comply with the Court's Order and show cause as to why notice was not filed by the date ordered. Further failure to follow the Court's Order may result in sanctions.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE