# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In Re: MBF Inspection Services, Inc., Debtor. | Bankruptcy Case No. 18-11579-t11 |

Thomas Ganci, Larry Alexander,
Glynn Estess, Gary Brooks,
Richard Gill, and Gary Marshall

      Creditors / Appellants,                                            CV No. 19-61 WJ/CG

v.

      MBF Inspection Services, Inc.,

           Debtor / Appellee.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on Plaintiff Thomas Ganci's Notice to the Court, (Doc. 31), filed January 16, 2020. In his Notice, Plaintiff explained "the parties are agreeable to the dismissal of this appeal, with both sides to bear their own fees and costs." (Doc. 31 at 2). As a result, the Court directs Plaintiff to send the presiding Judge a proposed stipulated Order dismissing this action, so this case may be administratively closed.

**IT IS THEREFORE ORDERED** that Plaintiff shall send a proposed Order for Judge Johnson's signature to johnsonproposedtext@nmd.uscourts.gov, no later than **February 7, 2020**.

      **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE